# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1777. ABDUL RASHID ISAAC v. THE STATE.**

Following a jury trial, Abdul Rashid Isaac was convicted of armed robbery, kidnapping, and kidnapping with bodily injury. He appealed to this Court, which affirmed the convictions. *Isaac v. State*, 275 Ga. App. 254 (620 SE2d 483) (2005). In February 2026, Isaac filed a motion for leave to file an out-of-time motion for new trial. The trial court dismissed that motion, and Isaac filed this direct appeal. We lack jurisdiction.

In 2025, the legislature enacted OCGA § 5-6-39.1, which provides limited circumstances in which a defendant may seek out-of-time relief following a criminal conviction. However, the remedies under OCGA § 5-6-39.1 are not available to Isaac because he has already had a direct appeal. *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) (a criminal defendant whose conviction has been affirmed on direct appeal has no right of direct appeal from the denial of a motion for an out-of-time appeal); see also *Milliken v. Stewart*, 276 Ga. 712, 713 (583 SE2d 30) (2003).

Accordingly, this Court lacks jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 05/22/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*